In the Matter of the Accounting of JOHN R. FROST, as Administrator of the Estate of JOHN H. FROST, Deceased, Respondent. JUNE A. FROST, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.